**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

FREIMAN XAVIEL HAMUI MORALES,

        Petitioner,

  v.

LUIS SOTO, *et al.*,

        Respondents.

Civil Action No. 26-6414 (ZNQ)


**ORDER**

This matter comes before the Court on Petitioner's petition for a writ of habeas corpus (ECF No. 1) and motion seeking a temporary restraining order.  (ECF No. 2.) This Court has screened the petition as required by Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 through Rule 1(b), and determined that the dismissal of this matter prior to a response from the Government is not warranted.  As Petitioner has alleged facts indicating that he is being improperly detained under an interpretation of the applicable immigration statutes which this Court has repeatedly rejected, *see, e.g., Valerio v. Joyce*, No. 25-17225, 2025 WL 3251445 (D.N.J. Nov. 21, 2025); *Hueso v. Soto*, No. 26-1455, 2026 WL 539271 (D.N.J. Feb. 26, 2026); *Fajardo-Nugra v. Soto*, No. 26-975, 2026 WL 579192 (D.N.J. Mar. 2, 2026), the Government shall be directed to show cause within seven days why this Court should not order Petitioner's immediate release.

      **IT IS THEREFORE** on this 2nd day of June 2026,

      **ORDERED** that the Government shall show cause within seven days why this Court should not order Petitioner released; it is further

      **ORDERED** that Petitioner may file a reply within three days of the date on which the Government files its response; it is further

**ORDERED** that the Court's Order enjoining the Government from transferring Petitioner out of New Jersey (ECF No. 3) shall remain in place pending a final decision in this matter; it is further

**ORDERED** that the Government shall inform the Court of any transfer of Petitioner out of Delaney Hall, including any transfer which may have predated the Court's order enjoining transfers, within twenty-four hours of its occurrence; it is further

**ORDERED** that ICE shall file a declaration, signed under penalty of perjury, either by hand or electronically, by either the Newark Field Office Director or by the Newark Field Office Deputy Director, that indicates that ICE has (i) received this Court's Order prohibiting Petitioner's transfer from New Jersey; and (ii) received written legal advice from the United States Attorney's Office on the subject of ICE's obligation to comply with that Order; the declaration shall be filed on the public docket of the Court on or before **8:00 p.m. EDT on June 2, 2026**; it is further

**ORDERED** that the United States Attorney's Office shall immediately file a letter on the Court's public docket if an Order of the Court is violated in connection with this case; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Petitioner and the Government electronically.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**
