

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Tasha M. Bradt*
*Assistant United States Attorney*
*Deputy Chief, Civil Division*

*970 Broad Street, Suite 700*      main:  (973) 645-2700
*Newark, NJ 07102*                 direct: (609) 858-0305
*Tasha.Bradt@usdoj.gov*

June 4, 2026

**BY ECF**

Honorable Zahid N. Quraishi, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> **Re:**  ***Morales v. Soto, et al.,* No. 26-6414 (ZNQ)**
> **Request for Five-Hour Extension to Respond to Order to Show**
> **Cause (ECF No. 5)**

Dear Judge Quraishi:

This Office represents Respondents in this habeas matter.  We write with the gracious consent of Petitioner's counsel, Selenia Destefani, Esq., to respectfully request a five-hour extension of the Court's simultaneous briefing deadline in response to its Order to Show Cause from June 4, 2026 at noon to June 4, 2026 at 5:00 p.m.  ECF No. 5, at 2.  Good cause exists to grant this request as Respondents continue to coordinate with U.S. Immigration and Customs Enforcement ("ICE") to gather documents, information, and identify witnesses in accordance with the Court's Order to Show Cause.  ECF No. 5.  This additional time will allow us to provide a more fulsome response which, we respectfully submit, would benefit the Court and all parties.

Thank you for your continued consideration of this matter.

Respectfully submitted,

**The parties' deadline is**
**hereby extended to 3:00 p.m.**

So Ordered this 4th day of June
2026.

ROBERT FRAZER
United States Attorney General

By:  /s/ *Tasha M. Bradt*
TASHA M. BRADT
Assistant United States Attorney
Deputy Chief, Civil Division

_____
ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE

2

*Attorneys for the Respondents*

cc:    Counsel of Record via ECF