

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*David Inkeles*
*Assistant United States Attorney*
*Acting Deputy Chief, Civil Division*

*970 Broad Street, Suite 700*          main: *(973) 645-2700*
*Newark, NJ 07102*                     direct: *(973) 645-2813*
*david.inkeles@usdoj.gov*

June 4, 2026

**BY ECF**
Honorable Zahid N. Quraishi, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re:    *Morales v. Soto, et al.,* **No. 26-6414 (ZNQ)**
>        **Settlement in Principle**

Dear Judge Quraishi:

This Office represents Respondents in this habeas matter.  We respectfully write on behalf of all parties to notify the Court that the parties have reached a settlement in principle to resolve this matter without the need for litigation.[1]  Based on this development, the parties respectfully propose that the hearing is moot and respectfully request that the Court cancel the hearing to preserve the Court's and the parties' resources.  We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

JOHN F. BASIAK JR.
Assistant United States Attorney
Chief, Civil Division

By:    *s/ David Inkeles*
       DAVID INKELES
       Acting Deputy Chief, Civil Division
       TASHA BRADT

---

[1] The parties anticipate submitting a joint stipulation of dismissal in the near future.

Deputy Chief, Civil Division
BROOKS E. DOYNE
Assistant United States Attorneys
*Attorneys for Respondents*

cc:    Counsel of Record (ECF)


The Court notes for the record that Respondents' request for additional time did not identify settlement efforts as a basis for the extension, nor was it granted on that basis.

The parties' response notwithstanding, the hearing on Monday will PROCEED AS SCHEDULED before the undersigned because the parties have failed to show cause why it should not go forward as required by the Order to Show Cause and the deadline to do so has elapsed.

By 10:00 a.m. tomorrow, Respondents will identify the names and titles of witnesses that will be attending the hearing.

So Ordered this 4th day of June 2026.

_____
ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE

2