

**U.S. Department of Justice**

United States Attorney
District of New Jersey

---

*Robert Frazer*
*United States Attorney*

*970 Broad Street, 7th Floor*
*Newark, NJ 07102*

*main: (973) 645-2700*

June 5, 2026

**Via ECF**
Honorable Zahid N. Quraishi, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> **Re:** *Humai Morales v. Soto*, **No. 26-06414**

I write in response to the Court's 10:18 a.m. text order.

First, the Department of Justice has authorized my Office to file a mandamus petition challenging the Court's authority to proceed with Monday's hearing. My Office will file that mandamus petition no later than 9:00 a.m. Monday morning. And my Office will ask the Court of Appeals to resolve the petition as expeditiously as possible.

Second, I respectfully request that the Court stay commencement of the scheduled hearing pending disposition of the mandamus petition.

Third and finally, if the hearing goes forward as scheduled or on a later date, Respondents intend to call the following witnesses:

- Alberto Mendoza, Supervisory Detention and Deportation Officer

- Alexandra Minogue, Esq., Counsel for Petitioner, given the declaration she submitted providing opinions premised on her "professional judgment" and "professional experience" regarding the alleged conditions at the Delaney Hall Detention Facility (ECF No. 1-1, Declaration of Counsel Alexandra Minogue, ¶¶ 11, 13)

- Petitioner Freiman Xaviel Hamui Morales

I greatly appreciate the Court's consideration.

Respectfully submitted,

/s/ Robert Frazer

ROBERT FRAZER
United States Attorney

cc:    All counsel of record (via ECF)

**A stay request pending a mandamus petition requires the Court to consider:**

**(1) whether Respondents are sufficiently likely to obtain mandamus relief;**

**(2) whether Respondents would suffer irreparable injury absent a stay;**

**(3) whether a stay would substantially injure Petitioner; and**

**(4) where the public interest lies.** *See In re Citizens Bank, N.A.*, **15 F.4th 607, 615 (3rd Cir. 2021);** *Defense Distributed v. Platkin*, **Civ. No. 21-9867, 2023 WL 3996346, at \*4 n.8 (D.N.J. June 14, 2023). Respondents' informal request has not made the requisite showing. Accordingly, the request is hereby DENIED.**

**Nothing in this Order precludes Respondents from seeking relief from the Court of Appeals under FRAP 8(a)(2).  Absent a stay by the Court of Appeals, the hearing on Monday will proceed as scheduled.**

**So Ordered this 5th day of June 2026.**

_____
ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE