UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**HAMUI MORALES v. SOTO, et al.**        Docket. No. 26-cv-06414 (ZNQ)        A#: 220-233-144

## PETITION  FOR
## WRIT  OF  HABEAS  CORPUS

1. FREIMAN XAVIEL HAMUI MORALES, A#: 220-233-144, DOB: 04/25/2003, is now in U.S Customs and Immigration Enforcement (ICE) custody and is detained at Elizabeth Contract Detention Facility, 625 Evans St., Elizabeth, NJ

2. Said individual will be required at the U.S. District Court in TRENTON, New Jersey, before the Hon. Zahid N. Quraishi, U.S.D.J., for a HEARING on **Monday June 8, 2026 at 2:00p.m.**. A Writ of Habeas Corpus should be issued for that purpose.

DATED:  June 5, 2026

TRUE AND CERTIFIED COPY
Kimberly Stillman
3:16 pm, Jun 05 2026

/s/ *Tasha Bradt*
TASHA BRADT
ASSISTANT U.S. ATTORNEY

## ORDER

Let the Writ Issue.

DATED: _____ June 5, _____ 2026

Hon. Zahid N. Quraishi
UNITED STATES DISTRICT JUDGE

## WRIT  OF  HABEAS  CORPUS

The United States of America to Elizabeth Contract Detention Facility, 625 Evans St., Elizabeth,

New Jersey WE COMMAND YOU that you have the body of

**FREIMAN HAMUI
MORALES
A#: 220-233-144
DOB 04/25/2003**

now detained at Elizabeth Contract Detention Center, 625 Evans St., Elizabeth, New Jersey, be brought before the United States District Court, the Honorable Zahid N. Quraishi, Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street Trenton, New Jersey 08608, on **Monday, June 8, 2026 at 2:00p.m., so that he may appear for a HEARING scheduled for 2:00 p.m.** in the above-captioned matter.

WITNESS the Honorable Zahid N. Quraishi
United States District Judge
Trenton, New Jersey

TRUE AND CERTIFIED COPY
Kimberly Stillman
3:16 pm, Jun 05 2026

DATED: 6/5/2026

MELISSA RHOADS
Clerk of the U.S. District Court
for the District of New Jersey

Per: s/ Kimberly Stillman _____
Deputy