**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **FREIMAN XAVIEL HAMUI MORALES**,<br><br>Petitioner,<br><br>v.<br><br>**LUIS SOTO, *et al.*,**<br><br>Respondents. | Civil Action No. 26-6414 (ZNQ)<br><br>**ORDER** |

**QURAISHI, District Judge**

THIS MATTER comes before the Court upon Petitioner Freiman Xaviel Hamui Morales's ("Petitioner") amended habeas petition challenging his ongoing immigration detention (ECF No. 8) and his motion for a temporary restraining order (ECF No. 2).  For the reasons set forth in the accompanying Opinion,

IT IS on this **12th** day of **JUNE 2026**,

ORDERED that Petitioner's amended petition for habeas corpus (ECF No. 8) is **DENIED WITHOUT PREJUDICE**; it is further

ORDERED that Petitioner's conditions of confinement claims are **DISMISSED WITHOUT PREJUDICE**; it is further

ORDERED that the Order to Show Cause (ECF No. 5) is **WITHDRAWN**; it is further

ORDERED that Petitioner's motion for a temporary restraining order (ECF No. 2) is **DENIED AS MOOT**; and it is further

**ORDERED** that the Clerk's Office is instructed to mark this matter **CLOSED**.


s/ Zahid N. Quraishi

**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**